UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> EDWIN ADRIAN ARROYO-RIVERA, </br></br> Defendant. | CASE NO.: CR 16-0491 BLF </br></br> [~~PROPOSED~~] **PRELIMINARY ORDER OF FORFEITURE** |

Having considered the application for a preliminary order of forfeiture filed by the United States, and the plea agreement entered on September 14, 2017, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 21, United States Code, Section 853 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure:

- $12,627 in cash seized from the detached garage at 633 Cedar Ave., Wasco, California, on December 6, 2016.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in

1 such manner as the Attorney General may direct, and notice that any person, other than the defendant,
2 having or claiming a legal interest in the property must file a petition with the Court and serve a copy on
3 government counsel within thirty (30) days of the final publication of notice or of receipt of actual
4 notice, whichever is earlier;

5     IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify,
6 locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal
7 Rules of Criminal Procedure; and

8     IT IS FURTHER ORDERED that, this Court will retain jurisdiction to enforce the Preliminary
9 Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure
10 32.2(e).

11     IT IS SO ORDERED this \_\_\_\_ day of _____ 2018.

*[signature: Beth Labson Freeman]*
BETH LABSON FREEMAN
United States District Judge