UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR 16-0491 BLF |
| Plaintiff, | ) ) | [~~PROPOSED~~] **FINAL ORDER OF FORFEITURE** |
| v. | ) ) | |
| EDWIN ADRIAN ARROYO-RIVERA, | ) ) | |
| Defendant. | ) ) | |

On February 21, 2018, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Edwin Adrian Arroyo-Rivera, pursuant to Title 21, United States Code, Section 853 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure:

- $12,627 in cash seized from the detached garage at 633 Cedar Avenue, Wasco, California on December 6, 2016

The United States represents that it has complied with the publication and other notice requirements of the Preliminary Order. One petition was filed during the claims period. That petition

| | |
|---|---|
| 1 | was filed by Martin Violante Lopez and claimed $8,900 of the above listed money.  The United States |
| 2 | has reviewed that petition, its supporting documents, and other evidence in the case, and the United |
| 3 | States does not oppose the petition. |

**THEREFORE, IT IS HEREBY ORDERED** that $8,900 of the above-described property shall be released to the petitioner and claimant in this matter, Martin Violante Lopez.

**IT IS FURTHER ORDERED** that the remaining amount of the above described property shall be forfeited to the United States pursuant Title 21, United States Code, Section 853 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure, and that all rights, title, and interest in that property is vested in the United States of America.  The remaining amount is calculated as $3,727. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: [illegible]

/s/ Beth Labson Freeman

BETH LABSON FREEMAN
United States District Judge